■ CASHETTE ELECTRIC, INC., Respondent, v MT. MORRIS CENTRAL SCHOOL DISTRICT, Appellant. [821 NYS2d 141]—Appeal from an order of the Supreme Court, Livingston County (Kenneth R. Fisher, J.), entered September 14, 2005. The order, among other things, denied in part defendant's cross motion for summary judgment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Pigott, Jr., P.J., Kehoe, Martoche, Smith and Pine, JJ.